UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
ALEC J MAGAFAS

Debtor
SSN XXX-XX-8336

CASE NO. 07 B 05749

CHAPTER 13

JUDGE: JACK B SCHMETTERER

# TRUSTEE'S FINAL REPORT AND ACCOUNT

The case was filed on 03/30/2007 and was not confirmed.

The case was dismissed without confirmation 11/14/2007.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CARMAX AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| EMC MORTGAGE CORPORATION | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE CORPORATION | MORTGAGE ARRE | 45000.00 | .00 | .00 |
| MARQUETTE NATIONAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| MARQUETTE NATIONAL BANK | MORTGAGE ARRE | 5904.72 | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 13009.38 | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 5592.68 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| BENEFICIAL HFC | UNSECURED | NOT FILED | .00 | .00 |
| BOA MBNA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 9860.60 | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8306.92 | .00 | .00 |
| DIRECT MERCHANTS | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER CARD | UNSECURED | NOT FILED | .00 | .00 |
| FIA CSNA | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL ASSISTANCE | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| GE CONSUMER FINANCE | UNSECURED | 6859.25 | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| OAK LAWN ENDOSOPY | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2795.35 | .00 | .00 |
| MARQUETTE NATIONAL BANK | SECURED NOT I | .00 | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 29963.36 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 315760.80 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3651.63 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 33125.95 | .00 | .00 |
| DREW & SNYDER | DEBTOR ATTY | 1,124.00 | | 1,124.00 |
| TOM VAUGHN | TRUSTEE | | | 97.74 |
| DEBTOR REFUND | REFUND | | | 1,730.26 |

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,952.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,124.00 |
| TRUSTEE COMPENSATION | | 97.74 |
| DEBTOR REFUND | | 1,730.26 |
| TOTALS | 2,952.00 | 2,952.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE